UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.M.; K.G.; N.Z.; P.O.; G.T.; and T.G.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>David RADEL, Director, U.S. Citizenship and Immigration Services Los Angeles Asylum Office, in his official capacity; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendants. | Case No: 2:21-cv-10011-SVW-GJS<br><br>**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYMS** |

　　　The Court has considered Plaintiffs' Motion to Proceed Under Pseudonyms and the motion is GRANTED. Accordingly:

　　　1. Plaintiffs are granted leave to proceed in this matter under pseudonyms; and

　　　2. The parties shall submit pleadings, briefing and evidence using Plaintiffs' and

/ / /

/ / /

/ / /

1

Plaintiffs' family members' pseudonyms instead of their real names and other personally identifying information.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that, because this motion was granted prior to service on Defendants, the Court will allow Defendants to seek reconsideration if they wish to oppose this Order within 30 days of the date of service on the U.S. Attorney's Office for the Central District of California.

Dated: This 13th day of    January   , 2022.

_____
STEPHEN V. WILSON
U.S. District Court Judge